THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| MISON KIM,<br><br>       Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>       Defendant. | Case No.: 2:17-CV-01156-RSM<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate the above-captioned action is compromised, and

shall be dismissed with prejudice without an award of costs or fees to any party.

Dated: November 8, 2017

/s/ Chris Roy
Chris Roy, WSBA #29070
Roy Law
1000 S.W. Broadway, Suite 1740
Portland, OR 97205
503-206-4313
chris@roylawpdx.com
Of Attorneys for Plaintiff

/s/ Stephania Denton
Stephania Denton, WSBA # 21920
Lane Powell PC
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111
206-223-7000
dentons@lanepowell.com
Of Attorneys for Defendant

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

120192.0166/7127890.1

## ORDER

The parties having stipulated that the above-captioned action be dismissed with prejudice and without an award of costs or fees to any party; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: November 13, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By _/s/ Stephania Denton_
   Stephania Denton, WSBA # 21920
Attorneys for Defendant

ROY LAW

By _/s/ Chris Roy_
   Chris Roy, WSBA #29070
Attorneys for Plaintiff

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

120192.0166/7127890.1